IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT J. GRODEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:03-CV-1685-D |
| VS. | § | |
| | § | |
| JACKIE DIANE ALLEN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

### I

After reviewing all relevant matters of record in this case, including the March 31, 2009 findings, conclusions, and recommendation of the United States Magistrate Judge and the objections filed on April 15, 2009 by Richard Tobias ("Tobias"), in accordance with 28 U.S.C. § 636(b)(1), the court concludes that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court. Accordingly, the court denies Tobias' January 9, 2009 motion for contempt and final judgment relief.

### II

Because Tobias has paid the monetary sanctions imposed against him by the United States Court of Appeals for the Fifth Circuit, he is required to (1) show proof of such payment and (2) "seek advance written permission of a judge of the forum court before filing any pro se, in forma pauperis, civil appeal, or any pro se, in forma pauperis, initial civil pleading." This court now extends the written permission requirement to *all* filings that Tobias seeks to file *pro se* and *in forma pauperis* in this court, not merely to initial pleadings. If the clerk of court receives from Tobias a paper, pleading, or other filing that is not accompanied by a motion for leave to file the paper,

pleading, or other filing, and by proof of payment, the clerk is directed to docket the filing for administrative purposes only, to close the case if the filing results in initiating a new case, and to terminate the filing for statistical purposes. The court will not otherwise address or acknowledge such papers, pleadings, or other filings.

    **SO ORDERED**.

    May 22, 2009.

                                                SIDNEY A. FITZWATER
                                                CHIEF JUDGE